# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

128857

CAMERON LEE FITTS,
        Plaintiff-Appellant,

v

GERALD HOFBAUER, Warden,
and PATRICIA L. CARUSO,
Director, MICHIGAN DEPARTMENT
OF CORRECTIONS,
        Defendants-Appellees.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128857
COA: 259740
Marquette CC: 04-041351-AH

_____/

On order of the Court, the application for leave to appeal the May 18, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

11219